## ANNBAR ASSOCIATES ET AL. *v.* WEST SIDE REDEVELOPMENT CORP. ET AL.

No. 152.   Decided October 10, 1966.

*William M. Kufeld* for appellants.

*Guy W. Rice* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## GLICK ET AL. *v.* BALLENTINE PRODUCE, INC., ET AL.

No. 168.   Decided October 10, 1966.

*Elwyn L. Cady, Jr.,* for appellants.

*Morris H. Kross, John R. Caslavka, Harry P. Thomson, Jr.,* and *E. E. Thompson* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.